4135108
08/14/2024

# WIRELESS SUBSCRIBER INFORMATION



337205989915

### Financial Liable Party

| | |
|---|---|
| Name: | MARY MISERDA |
| Credit Address: | 10712 HUNTER MOUNTAIN AVE, LAS VEGAS, NV 89129 |

| | | | |
|---|---|---|---|
| Customer Since: | 01/11/2023 | | |
| Photo ID Type: | | Photo ID State: | |
| Photo ID Number: | | | |
| DOB: | | SSN/TaxID/FEIN: | |

| | | | |
|---|---|---|---|
| Contact Name: | | | |
| Contact Home Phone: | (111) 111-0001 | Contact Work Phone: | (111) 111-0002 |
| Contact Home Email: | MSMISERDA@GMAIL.COM | Contact Work Email: | |

### Billing Party

| | |
|---|---|
| Account Number: | 337205989915 |
| Name: | MARY MISERDA |
| Billing Address: | 10712 HUNTER MOUNTAIN AVE, LAS VEGAS, NV 89129 |
| Account Status: | Active |
| Billing Cycle: | 19 |

### User Information

| | | | |
|---|---|---|---|
| MSISDN: | (971) 291-5133 | IMSI: | 310280080061910 |
| MSISDN Active: | 01/31/2023 - Current | | |
| Name: | DOMAGOJ PATKOVIC | | |
| User Address: | 10712 HUNTER MOUNTAIN AVE, LAS VEGAS, NV 89129 | | |
| Service Start Date: | 01/31/2023 | Dealer Info: | QT9T4 QT9T4 QT9T4 |
| Payment Type: | Postpaid | | |
| Contact Name: | DOMAGOJ PATKOVIC | | |
| Contact Home Phone: | | Contact Work Phone: | |
| Contact Home Email: | MISLAV.LU@GMAIL.COM | Contact Work Email: | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| Portin | 01/30/2023 |

AT&T PROPRIETARY
The information contained here is for use by authorized person only and is not for general distribution.