# U.S. District Court
## District of Oregon (Portland (3))
## CRIMINAL DOCKET FOR CASE #: 3:24−mj−00178−1

Case title: USA v. Patkovic					Date Filed: 08/20/2024

Other court case number: 1:24−cr−00317−RER−1 Eastern District of New York (Brooklyn)

Assigned to: Unassigned

### Defendant (1)

| | | |
|---|---|---|
| **Domagoj Patkovic**<br>31492−511<br>*also known as*<br>Mislav<br>*also known as*<br>madsin 1488<br>*also known as*<br>Abrahimavich<br>*also known as*<br>Timothy | represented by | **Chandra Leigh Peterson**<br>Office of the Federal Public Defender<br>District of Oregon<br>101 S.W. Main Street<br>Suite 1700<br>Portland, OR 97204<br>503−326−2123<br>Email: chandra_peterson@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:844(n) Conspiracy To Maliciously Convey False Information Concerning Explosives; 18:844(e) Maliciously | |

Conveying False Information Concerning Explosives; 18:371 Conspiracy To Transmit Threatening Communications; 18:875(c) Transmission of Threatening Communications; 18:1038(a)(1) False Information and Hoaxes

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Thomas H. Edmonds**<br>United States Attorney's Office<br>1000 S.W. Third Ave.<br>Suite 600<br>Portland, OR 97204<br>503−727−1122<br>Fax: 503−727−1117<br>Email: tom.edmonds@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/20/2024 | 1 | | Documents Received From Other Court as to Domagoj Patkovic from Eastern District of New York (Brooklyn) Case No: 1:24−cr−00317−RER−1. (dino) (Entered: 08/20/2024) |
| 08/20/2024 | 3 | | **Minutes of Proceedings**: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Arraignment held on Indictment. Proceedings before Magistrate Judge Youlee Yim You as to Domagoj Patkovic (USM #31492−511). Order appointing AFPD Chandra Peterson as counsel for USDC Oregon proceedings. Defendant requests an identity hearing. Defendant advised of rights and waived reading of the charges. Defendant enters not guilty pleas. Detention hearing held. Government requests detention on both flight/danger. Defendant requests release. After hearing from the parties, the court determines defendant is detained. Brady Disclosure Order: Pursuant to the Due Process Protections Act, the government is advised of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. *See* attached Order. Other Court Information: Eastern District of New York (Brooklyn) Case No: 1:24−cr−00317−RER−1. **ORDER: SETTING an Identity Hearing for Wednesday, 8/21/2024, at 1:30PM in Portland before the duty magistrate judge.** Counsel Present for Government: Nicholas Meyers. Counsel Present for Defendant: Chandra Peterson. Restraint Order: NR. (Court Reporter Jill Jessup) (pvh) Modified text on 8/20/2024 (pvh). Modified text on 8/21/2024 (pvh). (Entered: 08/20/2024) |
| 08/21/2024 | 4 | | **Minutes of Proceedings**: Identity Hearing held on 8/21/2024 before Magistrate Judge Youlee Yim You as to Domagoj Patkovic (USM #31492−511). Government witnesses sworn: U.S. Pretrial Officer Cally Ane; FBI Special |

| | | | |
|---|---|---|---|
| | | | Agent Brent Cronce. Government's Exhibits 1–3 received into evidence. Order: The Court found that the government met its burden of establishing probable cause that Defendant, Domagoj Patkovic, is the person wanted by the Eastern District of New York (Brooklyn) for Case No: 1:24–cr–00317–RER–1. For reasons stated on the record, Defendant is committed/removed to U.S.D.C. Eastern District of New York (Brooklyn) Case No: 1:24–cr–00317–RER–1 for all further proceedings. Signed Waiver and Commitment order to follow. Counsel Present for Government: Nicholas Meyers. Counsel Present for Defendant: Ryan Costello for Chandra Peterson. (Court Reporter Dennis Apodaca) (Attachments: # Exhibit 1, Exhibit 2, Exhibit 3) (pvh) (Entered: 08/21/2024) |
| 08/21/2024 | 5 | | Waiver of Rule 5 and 5.1 Hearings by Domagoj Patkovic. (dino) (Entered: 08/21/2024) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Thomas H. Edmonds (caseview.ecf@usdoj.gov, kelly.borroz@usdoj.gov,
shuli.rutzick@usdoj.gov, tom.edmonds@usdoj.gov), Chandra Leigh Peterson
(chandra_peterson@fd.org, orx_docketing@fd.org, zita_flores@fd.org)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:8672712@ord.uscourts.gov
Subject:Activity in Case 3:24-mj-00178 USA v. Patkovic Initial Appearance - Out of
District Warrant
```
Content–Type: text/html

# U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 8/20/2024 at 3:39 PM PDT and filed on 8/20/2024

**Case Name:**      USA v. Patkovic
**Case Number:**    3:24–mj–00178
**Filer:**
**Document Number:** 3

**Docket Text:**
 **Minutes of Proceedings**: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings before Magistrate Judge Youlee Yim You as to Domagoj Patkovic. Order appointing AFPD Chandra Peterson as counsel for USDC Oregon proceedings. Defendant requests an identity hearing. Defendant advised of rights and waived reading of the charges. Defendant enters not guilty pleas. Brady Disclosure Order: Pursuant to the Due Process Protections Act, the government is advised of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. *See* attached Order. Other Court Information: Eastern District of New York (Brooklyn) Case No: 1:24–cr–00317–RER–1. **ORDER: SETTING an Identity Hearing for Wednesday, 8/21/2024, at 1:30PM in Portland before the duty magistrate judge.** Counsel Present for Government: Nicholas Meyers. Counsel Present for Defendant: Chandra Peterson. Restraint Order: NR. (Court Reporter Jill Jessup) (pvh)


**3:24–mj–00178–1 Notice has been electronically mailed to:**

Chandra Leigh Peterson    chandra_peterson@fd.org, zita_flores@fd.org, orx_docketing@fd.org

Thomas H. Edmonds    kelly.borroz@usdoj.gov, caseview.ecf@usdoj.gov, tom.edmonds@usdoj.gov, shuli.rutzick@usdoj.gov

**3:24–mj–00178–1 Notice will <u>not</u> be electronically mailed to:**

DMP:AAS/LZ/ADR
F. #2021R00608

Filed Under Seal
File Date: August 5, 2024
Case Number: 24-cr-317
Judge Ramon E. Reyes, Jr
Magistrate Judge Sanket J. Bulsara

GOVERNMENT EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DOMAGOJ PATKOVIC,
   also known as "Mislav,"
   "madsin1488,"
   "Abrahimavich" and
   "Timothy,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. _____
(T. 18, U.S.C., §§ 371, 844(c)(1), 844(e),
844(n), 875(c), 981(a)(1)(C), 982(a)(2),
982(b)(1), 1038(a)(1), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy To Transmit Threatening Communications)

1. In or about and between May 2021 and September 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DOMAGOJ PATKOVIC, also known as "Mislav," "madsin1488," "Abrahimavich" and "Timothy," together with others, did knowingly and willfully conspire to transmit in interstate and foreign commerce one or more communications, to wit: telephone and Voice-over-Internet-Protocol ("VoIP") calls streamed over an Internet-based electronic communications service ("ECS-1"),[1] containing one or more threats to injure the person of another, contrary to Title 18, United States Code, Section 875(c).

---

[1] The identities of each of the entities anonymized in this Indictment are known to the Grand Jury.

2.  In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendant DOMAGOJ PATKOVIC, also known as "Mislav," "madsin1488," "Abrahimavich" and "Timothy," together with others, did commit and cause the commission of, among others, the following:

### OVERT ACTS

(a)  On or about May 18, 2021, PATKOVIC made violent threats on a call to Victim-1, a Jewish hospital located in Queens, New York. During the call, PATKOVIC stated that he planted bombs around the hospital and wanted to "kill all k***s."

(b)  On or about May 18, 2021, PATKOVIC made violent threats on a call to Victim-2, a Jewish care center network with locations in Manhattan, Brooklyn and Queens, New York. During the call, PATKOVIC stated that "bombs are all over your facility and all those k***s are gonna go skyrocket up into the sky for Allah."

(c)  On or about May 24, 2021, PATKOVIC made violent threats on a call to Victim-1. During the call, PATKOVIC stated that he planted bombs around the hospital and further stated, "I'm gonna kill you k***s."

(d)  On or about September 15, 2021, PATKOVIC made violent threats on a call to Victim-3, a Jewish hospital located in Queens, New York. During the call, PATKOVIC stated that he placed backpacks containing C-4 explosives around the hospital building.

(e)  On or about September 15, 2021, PATKOVIC made violent threats on a call to Victim-4, a Jewish hospital located in Nassau County, New York. During the call, PATKOVIC identified himself as "Abrahimavich" and stated that he had placed "C-4 in

3

maintenance closets" at the hospital. PATKOVIC further stated, "I'm gonna blow you to bits you f***ing k*** b***h."

(f)   On or about September 15, 2021, PATKOVIC made violent threats against Victim-4 on a call to personnel at a 911 dispatch center in Nassau County, New York. During the call, PATKOVIC identified himself as "Abrahimavich" and stated that "I just called the hospital requesting my f***ing million dollars or I'm gonna blow this k*** f***ing b***h to the sky." PATKOVIC provided the address of Victim-4.

(g)   On or about September 17, 2021, PATKOVIC made violent threats on a call to Victim-2. During the call, PATKOVIC identified himself as "Timothy," stated that he worked in housekeeping, and stated that he had placed "15 backpacks full of C-4 with cellphones strapped to them in all of your maintenance closets." PATKOVIC further stated, "I'm gonna blow you k***s sky high."

(Title 18, United States Code, Sections 371 and 3551 et seq.)

## COUNT TWO
(Conspiracy To Maliciously Convey False Information Concerning Explosives)

3.   In or about and between May 2021 and September 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DOMAGOJ PATKOVIC, also known as "Mislav," "madsin1488," "Abrahimavich" and "Timothy," together with others, through the use of a telephone, and other instrument of interstate and foreign commerce, to wit: the Internet, did knowingly and intentionally conspire to make one or more threats and maliciously convey false information knowing the same to be false, concerning an alleged attempt to kill, injure and intimidate one or more individuals and unlawfully to damage and destroy one or more buildings and other real and personal property by

means of an explosive, to wit: Victim-1, Victim-2, Victim-3 and Victim-4, contrary to Title 18, United States Code, Section 844(e).

(Title 18, United States Code, Sections 844(n) and 3551 et seq.)

## COUNTS THREE THROUGH NINE
(Transmission of Threatening Communications)

4. On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendant DOMAGOJ PATKOVIC, also known as "Mislav," "madsin1488," "Abrahimavich" and "Timothy," together with others, did knowingly and willfully transmit in interstate and foreign commerce one or more communications, to wit: telephone and VoIP calls streamed over ECS-1, containing one or more threats to injure the person of another:

| COUNT | APPROXIMATE DATE | VICTIM |
|---|---|---|
| THREE | May 18, 2021 | Victim-1 |
| FOUR | May 18, 2021 | Victim-2 |
| FIVE | May 24, 2021 | Victim-1 |
| SIX | September 15, 2021 | Victim-3 |
| SEVEN | September 15, 2021 | Victim-4 |
| EIGHT | September 15, 2021 | Victim-4 |
| NINE | September 17, 2021 | Victim-2 |

(Title 18, United States Code, Sections 875(c), 2 and 3551 et seq.)

## COUNTS TEN THROUGH SIXTEEN
(Making Threats and Maliciously Conveying False Information Concerning Explosives)

5. On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendant DOMAGOJ PATKOVIC, also known as "Mislav,"

"madsin1488," "Abrahimavich" and "Timothy," together with others, through the use of a telephone and other instrument of interstate and foreign commerce, to wit: the Internet, did knowingly and willfully make one or more threats and maliciously convey false information knowing the same to be false, concerning alleged attempts to kill, injure and intimidate one or more individuals, and unlawfully to damage and destroy one or more buildings and other real and personal property by means of an explosive, to wit: Victim-1, Victim-2, Victim-3 and Victim-4, as described below:

| COUNT | APPROXIMATE DATE | VICTIM |
|---|---|---|
| TEN | May 18, 2021 | Victim-1 |
| ELEVEN | May 18, 2021 | Victim-2 |
| TWELVE | May 24, 2021 | Victim-1 |
| THIRTEEN | September 15, 2021 | Victim-3 |
| FOURTEEN | September 15, 2021 | Victim-4 |
| FIFTEEN | September 15, 2021 | Victim-4 |
| SIXTEEN | September 17, 2021 | Victim-2 |

(Title 18, United States Code, Sections 844(e), 2 and 3551 et seq.)

COUNTS SEVENTEEN THROUGH TWENTY-THREE
(False Information and Hoaxes)

6. On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendant DOMAGOJ PATKOVIC, also known as "Mislav," "madsin1488," "Abrahimavich" and "Timothy," together with others, did knowingly and intentionally engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking and would take place that would

constitute a violation of Chapter 113B of Title 18 of the United States Code, to wit: Title 18, United States Code, Section 2332a(a)(2) (use of weapons of mass destruction), in that the defendant stated that explosives had been placed at the premises of Victim-1, Victim-2, Victim-3 and Victim-4, as described below, when in fact, as he then and there well knew and believed, they had not:

| COUNT | APPROXIMATE DATE | VICTIM |
|---|---|---|
| SEVENTEEN | May 18, 2021 | Victim-1 |
| EIGHTEEN | May 18, 2021 | Victim-2 |
| NINETEEN | May 24, 2021 | Victim-1 |
| TWENTY | September 15, 2021 | Victim-3 |
| TWENTY-ONE | September 15, 2021 | Victim-4 |
| TWENTY-TWO | September 15, 2021 | Victim-4 |
| TWENTY-THREE | September 17, 2021 | Victim-2 |

(Title 18, United States Code, Sections 1038(a)(1), 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNT ONE AND COUNTS THREE THROUGH NINE

7.     The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged in Count One, or in Counts Three through Nine, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

8.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (a)    cannot be located upon the exercise of due diligence;

        (b)    has been transferred or sold to, or deposited with, a third party;

        (c)    has been placed beyond the jurisdiction of the court;

        (d)    has been substantially diminished in value; or

        (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNT TWO AND COUNTS TEN THROUGH SIXTEEN

9.    The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged in Count Two, or in Counts Ten through Sixteen, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 844(c)(1), which requires any person convicted of such offenses to forfeit any explosive materials involved or used or intended to be used in any violation of Title 18, United States Code, Section 844; and (b) Title 18, United States Code, Section 982(a)(2), which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offenses.

10.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

Case 3:24-cr-00178-017 Document 6-14 Filed 08/21/24 Page 12 of 16
Case 1:24-cr-00317-RER   Document 1   Filed 08/05/24   Page 8 of 8 PageID #: 8

8

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 844(c)(1), 982(a)(2) and 982(b)(1); Title 21, United States Code, Section 853(p))

A TRUE BILL

s/
FOREPERSON

By Carolyn Pokorny, Assistant US Attorney

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York



United States of America
v.

Domagoj Patkovic,
also known as "Mislav," "madsin1488,"
"Abrahimavich" and "Timothy,"

*Defendant*

Case No. Case Number: 24-cr-317
Judge Ramon E. Reyes, Jr
Magistrate Judge Sanket J. Bulsara

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Domagoj Patkovic, also known as "Mislav," "madsin1488," "Abrahimavich" and "Timothy",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy To Maliciously Convey False Information Concerning Explosives (18 USC 844(n))
Maliciously Conveying False Information Concerning Explosives (18 USC 844(e))
Conspiracy To Transmit Threatening Communications (18 USC 371)
Transmission of Threatening Communications (18 USC 875(c))
False Information and Hoaxes (18 USC 1038(a)(1))

Date: 8-5-2024

*Salomon Mejia Jr*, On Behalf of
*Issuing officer's signature*

City and state: Brooklyn, New York

Brenna B. Mahoney, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

4135108
08/14/2024

# WIRELESS SUBSCRIBER INFORMATION


GOVERNMENT EXHIBIT

337205989915

### Financial Liable Party

| | |
|---|---|
| Name: | MARY MISERDA |
| Credit Address: | 10712 HUNTER MOUNTAIN AVE, LAS VEGAS, NV 89129 |

| | | | |
|---|---|---|---|
| Customer Since: | 01/11/2023 | | |
| Photo ID Type: | | Photo ID State: | |
| Photo ID Number: | | | |
| DOB: | | SSN/TaxID/FEIN: | |

| | | | |
|---|---|---|---|
| Contact Name: | | | |
| Contact Home Phone: | (111) 111-0001 | Contact Work Phone: | (111) 111-0002 |
| Contact Home Email: | MSMISERDA@GMAIL.COM | Contact Work Email: | |

### Billing Party

| | |
|---|---|
| Account Number: | 337205989915 |
| Name: | MARY MISERDA |
| Billing Address: | 10712 HUNTER MOUNTAIN AVE, LAS VEGAS, NV 89129 |
| Account Status: | Active |
| Billing Cycle: | 19 |

### User Information

| | | | |
|---|---|---|---|
| MSISDN: | (971) 291-5133 | IMSI: | 310280080061910 |
| MSISDN Active: | 01/31/2023 - Current | | |
| Name: | DOMAGOJ PATKOVIC | | |
| User Address: | 10712 HUNTER MOUNTAIN AVE, LAS VEGAS, NV 89129 | | |
| Service Start Date: | 01/31/2023 | Dealer Info: | QT9T4 QT9T4 QT9T4 |
| Payment Type: | Postpaid | | |
| Contact Name: | DOMAGOJ PATKOVIC | | |
| Contact Home Phone: | | Contact Work Phone: | |
| Contact Home Email: | MISLAV.LU@GMAIL.COM | Contact Work Email: | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| Portin | 01/30/2023 |

AT&T PROPRIETARY
The information contained here is for use by authorized person only and is not for general distribution.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:24-mj-00178 |
| | ) | |
| DOMAGOJ PATOVIC | ) | Charging District's Case No. 24-cr-317 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Eastern District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/21/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ryan Costello
_____
*Printed name of defendant's attorney*